# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| VINCENT MICHAEL MARINO, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-10-664-R |
| | ) | |
| PAUL A. KASTNER, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo, recommending dismissal of Plaintiff's petition filed pursuant to 28 U.S.C. § 2241. Doc. No. 7. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED and the petition is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 8th day of September 2010.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE